UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JIMMY LEE MILES,

        Plaintiff,

  v.

SCHWARZENEGGER et al,

        Defendant.

Case Number: CV07-02978 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmy L. Miles D-35118
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: July 5, 2007

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk